UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MILWAUKEE COUNTY, et al

    Plaintiffs,

v.                                Case No. 06-CV-0372

MERCER HUMAN RESOURCE
CONSULTING, INC.,

    Defendant.

## MERCER'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

To:    Kenneth E. McNeil, Esq.
        Susman Godfrey LLP
        1000 Louisiana Street; Suite 5100
        Houston, Texas 77002-5096

Defendant Mercer Human Resource Consulting, Inc. ("Mercer"), now known as Mercer (US) Inc., through its attorneys, Quarles & Brady LLP, hereby moves the Court pursuant to Federal Rule of Civil Procedure, Rule 56 for summary judgment dismissing *all* claims against Mercer brought by the Plaintiffs. The grounds for this Motion are set forth in the accompanying brief and in the exhibits referenced in the accompanying Declaration of Paul D. Bauer.

Please note that the exhibits to the Bauer Declaration, because of their volume, will be filed conventionally rather than electronically, per instructions from the Clerk.

- 2 -

Dated this 9th day of June, 2008.

       **s/ Eric J. Van Vugt**
       Paul D. Bauer
       Joshua D. Maggard
       Valerie Vidal
       QUARLES & BRADY LLP
       Eric J. Van Vugt
       411 East Wisconsin Avenue, Suite 2040
       Milwaukee, WI 53202-4497
       (414) 277-5625
       ejv@quarles.com

       *Attorneys for Mercer Human Resource Consulting, Inc.*