UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MILWAUKEE COUNTY, et al.,

        Plaintiffs,

v.                                            Case No. 2:06-C-00372-CNC

MERCER HUMAN RESOURCE
CONSULTING, INC.,

        Defendant.

---

**DECLARATION OF LEXIE WHITE IN SUPPORT OF PLAINTIFFS'
CONSOLIDATED MOTION *IN LIMINE***

---

I, Lexie G. White, declare as follows:

1. I am an associate at the law firm of Susman Godfrey, L.L.P., and counsel of record for Plaintiffs' in the above captioned matter. I submit this declaration in support of Plaintiffs' Consolidated Motion in Limine.

2. Exhibit 1 is a true and correct copy of Mercer's Answer and Affirmative Defenses.

3. Exhibit 2 is a true and correct copy of Exhibit 279, Amended Criminal Information of Gary Dobbert.

4. Exhibit 3 is a true and correct copy of the Expert Report of Kim Nicholl.

5. Exhibit 4 is a true and correct copy of the Expert Report of Gene Kalwarski.

6. Exhibit 5 is a true and correct copy of the Memorandum of Law in Support of Defendant's Motion to Compel Discovery of Non-Privileged Documents Relating to Milwaukee County's "Buy-Back" Practices.

7. Exhibit 6 is a true and correct copy of an excerpt from the hearing transcript on Scheduling/Motions to Compel dated May 9, 2008.

I declare under penalty or perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed on November 5, 2008, in Houston, Texas.

By: _/s/ Lexie White_
Lexie White

2