UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MILWAUKEE COUNTY, EMPLOYEE'S
RETIREMENT SYSTEM OF THE COUNTY
OF MILWAUKEE, and PENSION BOARD,
EMPLOYEE'S RETIREMENT SYSTEM OF
THE COUNTY OF MILWAUKEE,

        Plaintiffs,

v.

        Case No. 06-CV-0372

MERCER HUMAN RESOURCE
CONSULTING, INC.,

        Defendant.

## DECLARATION OF PAUL D. BAUER IN SUPPORT OF MERCER'S RESPONSE TO PLAINTIFFS' MOTION TO EXCLUDE CERTAIN OPINIONS OF MERCER'S EXPERT JOHN W. PEAVY III

I, Paul D. Bauer, under penalty of perjury under the laws of the United States, and pursuant to 28 U.S.C. § 1746, declare that the following facts are true and correct:

1. I am a partner in the Milwaukee office of Quarles & Brady LLP, attorneys for the Defendant, Mercer Human Resource Consulting, Inc., nka Mercer (US) Inc. ("Mercer'). I have been involved in Mercer's defense in this matter from the commencement of this action. I make this declaration upon my personal knowledge.

2. Attached hereto are true and correct copies of the following exhibits:

- **Exhibit 1**: Expert Report of Mercer's Expert John W. Peavy III.

- **Exhibit 2:** Order Granting Summary Judgment in Favor of Defendants Milwaukee County and the Milwaukee County Pension Board and

Against Plaintiffs, *Bilda v. County of Milwaukee*, Case No. 02-CV-1766 (Milwaukee County, November 22, 2004).

- **Exhibit 3:** Deposition of Mercer's Expert John W. Peavy III, March 13, 2008.

Dated this 7th day of November, 2008.

**s/ Paul D. Bauer**